AO 91 (Rev. 08/09) Criminal Complaint

FILED
TIME 12:59 PM
MAR 31 2015
RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
STEVEN GRIFFIN

*Defendant(s)*

Case No. 1:15MJ-213

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 31, 2015 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(B) | Possession with Intent to Distribute in Excess of 100 Grams of Heroin |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

Anthony Ott
*Complainant's signature*

Anthony Ott, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/31/2015

Stephanie K. Bowman
*Judge's signature*

City and state: Cincinnati, Ohio

Hon. Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*