1. I, Anthony C. Ott, am a Special Agent with the Federal Bureau of Investigation, and have been so employed for approximately 14 years, during which time I have been involved in numerous criminal investigations of Federal violations. I'm currently assigned to a Violent Crimes Squad in the Cincinnati division of the FBI. I have in the past participated in numerous investigations of narcotics and weapons violations. I have conducted investigations utilizing complex investigative techniques.

2. Affiant is currently involved in a multi agency investigation of violations of federal statutes, to wit: Possession with the intent to Distribute in excess of 100 grams of heroin in violation of Title 21 Section 846. This affidavit is in support of an application for an arrest warrant for STEVEN GRIFFIN.

3. The facts set forth in this affidavit are based on my personal knowledge, information obtained from other law enforcement officers who have personal knowledge of the events and circumstances described herein, and conclusions drawn from my training and experience. Because this affidavit is submitted for the purpose of establishing probable cause in support of the application for a search warrant, this affidavit does not set forth each and every fact learned during the course of this investigation.

4. On March 26, 2015, U.S. Magistrate Judge Stephanie K. Bowman signed a search warrant authorizing Agents to conduct a search at 4024 Heyward Avenue, Cincinnati, Ohio, 45205. 4024 Heyward Avenue is a residence owned by CHRISTOPHER WHITFIELD and is known to be frequented by STEVEN GRIFFIN.

5. On March 31, 2015, Agents from the FBI, IRS and officers from the Cincinnati Police Department served the search warrant at 4024 Heyward Avenue, Cincinnati, Ohio, 45205. At the time the search warrant was executed STEVEN GRIFFIN was found at the residence.

6. Among the items recovered during the search warrant were three firearms, ammunition, bullet proof vests, a significant amount of U.S. Currency, and approximately 199 grams of heroin and powder cocaine. The approximate 199 grams of heroin was located in a plastic bag. A field test was conducted on the heroin which came back positive as heroin.

7. STEVEN GRIFFIN has a prior criminal history conviction for Attempted Aggravated Murder and Possession of Drugs. GRIFFIN is currently on Parole regarding this conviction.

8. Based on the foregoing facts and circumstances, your affiant believes that probable cause exists that STEVEN GRIFFIN did knowingly possess with the intent to distribute in excess of 100 grams of heroin in violation of Title 21 Section 841.

Respectfully submitted,

Anthony Ott

Anthony Ott
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on the 31st day of March, 2015.

Stephanie K. Bowman

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE