FILED
TIME 11:45am

APR 15 2015

RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** 1:15CR- 042 |
| **v.** | **MOTION TO SEAL INDICTMENT** |
| **CHRISTOPHER WHITFIELD, ET AL,** | **J. BLACK** |
| **Defendants.** | |

The United States Attorney respectfully requests that this Indictment be kept secret until all defendants are in custody.

**MEMORANDUM**

Rule 6(e)(4), Federal Rules of Criminal Procedure, authorizes the federal magistrate judge to whom an indictment is returned to direct that the Indictment be kept secret until all defendants are in custody. The arrest of the above-referenced defendants will be effected as soon as practicable.

Therefore, the United States Attorney requests that the Clerk be ordered to seal the Indictment and not disclose its return except as necessary for the issuance and execution of arrest warrants.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Karl P. Kadon III
KARL P. KADON III (0009324)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-2047
Karl.Kadon@usdoj.gov